UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GEORGE POOLE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:03CV00849 AGF |
|  | ) |  |
| MICHAEL GANN, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

This matter is before the Court on the motion of Defendants [Doc. #43] to compel Plaintiff to make Rule 26 disclosures, filed on June 2, 2006. Defendants allege Plaintiff has failed to make any disclosures, as required by Rule 26, Fed.R.Civ.P. Plaintiff has not responded, and the time to do so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion [Doc. #43] to compel Plaintiff to make disclosures, as required by Fed.R.Civ.P. 26 and the case management order governing this case, is **GRANTED.** Plaintiff shall have up to and including **Monday, June 26, 2006**, to make full disclosures. Failure to comply with this Order could result in the imposition of sanctions upon Plaintiff, including dismissal of this complaint.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of June, 2006.